

P.O. Box 10048 (72917-0048)
3801 Old Greenwood Road
Fort Smith, AR 72903
479.785.6000
arcb.com

December 5, 2019

Sent Via Email: HJKassociates2@gmail.com

Howard J. Klein & Associates #2
1375 Gateway Blvd, Suite 10
Boynton Beach, FL  33426

RE:   Our Subsidiary: ABF Freight System, Inc.
      Date of Loss: 5/6/19
      Our Claim #: ABF20191574
      Your File #: WP0004119
      Your Clients:  Donna Gelin and Jordan Johnson

Mr. Howard:

I am in receipt of your letter dated November 18, 2019 regarding the above-mentioned claim.

I would like to advise you that the police report does not have the correct ABF driver listed.  The ABF driver involved in the loss was Ronald Annis.  You may want to contact the police department to see if they will revise their report.

As of date, we have not received anything that would change our liability position.  If you have documentation, witness information, etc. please forward to my attention and I will review the claim.

Sincerely:


/s/Kim Belt
Liability Resolution Administrator
ArcBest Corporation
479-785-8960
kbelt@arcb.com



EXHIBIT 1