



RECEIVED

JUL 0 6 2021



LEGAL DEPT.

# Notice of Service of Process

TRL / ALL
Transmittal Number: 23441675
Date Processed: 07/06/2021

| | |
|---|---|
| **Primary Contact:** | Michael ▉<br>ArcBest Corporation<br>3801 Old Greenwood Rd<br>Fort Smith, AR 72903-5937 |
| **Electronic copy provided to:** | Judy ▉<br>Hannah ▉ |
| **Entity:** | ABF Freight System, Inc.<br>Entity ID Number 3351759 |
| **Entity Served:** | ABF Freight System Inc. |
| **Title of Action:** | Donna Hill Gelin vs. Abf Freight System Inc |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Palm Beach County Circuit Court, FL |
| **Case/Reference No:** | 502021CA006424XXXXMB |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 07/02/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Roy W. Jordan Jr.<br>561-471-5505 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

EXHIBIT 2