

# Hillsborough County Sheriff's Office
## Confidential / Exemption

**Records are provided in accordance with Florida Statutes and the Public Records Law**
**Description of exempt records and statutory basis for any exemptions are provided below:**

{ }   ACCOUNT NUMBERS – FS § 119.071(5)b

{ }   ACTIVE INVESTIGATION – FS § 119.071(2)(c)1

{ }   AGENCY PERSONNEL INFORMATION – FS § 119.071(4)

{ }   ALARM CALL VIOLATION – FS § 119.071(3)

{ }   ATF FORM – FS § 119.071(2)(b) & 790.335 (1)(A)(2)

{ }   CHILD ABUSE – FS § 119.071(2)(h)1

{ }   CONFIDENTIAL INFORMANTS/SOURCE – FS § 119.071(2)(f)

{ }   CRIMINAL INTELLIGENCE INFORMATION – FS § 119.071(2)(h)2

**☒**   D.A.V.I.D – FS § 322.142(4)

{ }   EMERGENCY COMMUNICATIONS E911 VOICE RECORDINGS - FS § 365.171(12)

{ }   FCIC/NCIC INFORMATION – FS § 943.053(2) & (3)

{ }   PROHIBITION OF REGISTRATION OF FIREARMS - FS § 790.335(1)(a)(2)

{ }   JUVENILE OFFENDER RECORDS (CONFIDENTIALITY) – FS § 985.04(1)

{ }   MEDICAL – FS § 119.0712(1)

{ }   SEXUAL OFFENSE – FS § 119.071(2)(h)1 & FS §794.024

{ }   SOCIAL SECURITY – FS § 119.071(5)5

{ }   UNDERCOVER PERSONNEL – FS §119.071(4)(c)

**☒**   VICTIM - Pursuant to ARTICLE 1, SECTION 16 of the Constitution of the State of Florida (also known as "Marsy's Law")

{ }   OTHER_____

EXHIBIT
**3**

# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819

REFERRED TO OTHER
AGENCY

### GENERAL OFFENSE HARDCOPY
**CUSTOMER SERVICE**
**(ASSIST OTHER AGENCY)**

Records are provided in accordance with Florida Statute, Chapter 119 Public Records.



# HILLSBOROUGH COUNTY SHERIFF
## GENERAL OFFENSE HARDCOPY
## (ASSIST OTHER AGENCY)
## GO# HS 2021-392819

# Table of Contents

**Related Event  GO# HS 2021-392819** ............................................................................ 1

**Offense(s)** ............................................................................................................................. 1

**Related Event(s)** .................................................................................................................. 2

**Related Person(s)** ............................................................................................................... 2

    1. Victim # 1 - ███████████ ██████████████ .................................................. 2

    2. Subject # 1 - JORDAN, ROY W JR ................................................................................ 3

**Related Business(es)** ......................................................................................................... 3

    1. Involved # 1 - ABF FREIGHT SYSTEM .......................................................................... 3

    2. Agency # 1 - RIVIERA BEACH POLICE DEPT ............................................................... 3

**Related Narrative(s)** ........................................................................................................... 5

    1. Vijil, ██████ (3167),  INVESTIGATION ....................................................................... 5

    2. Vijil, ██████ (3167),  INTERVIEW-VICTIM - ████████████████████ 7

**Related Clearance Information** ........................................................................................ 8

**Related Property Report(s)** ............................................................................................. 9

    1. PROPERTY REPORT #  874790 (STOLEN) ................................................................... 9

**Related Attachment(s)** ....................................................................................................... 10

    1. Miscellaneous - EMAILS/DOCUMENTS ......................................................................... 10

**HILLSBOROUGH COUNTY SHERIFF**

GENERAL OFFENSE HARDCOPY

CUSTOMER SERVICE

(ASSIST OTHER AGENCY)

GO# HS 2021-392819

REFERRED TO OTHER

AGENCY

## General Offense Information

| | |
|---|---|
| **Operational Status** | REFERRED TO OTHER AGENCY |
| **Reported On** | JUN-14-2021  0834 |
| **Occurred On** | MAY-06-2019  1427 |
| **Approved On** | JUN-15-2021  (TUE.) |
| **Approved By** | 221999 - HAWKINS, ███████ |
| **Report Submitted By** | 3167 - VIJIL, ███████ |
| **Org Unit** | D5 COMMUNITY SERVICE OFFICERS |
| **Address** | SR 708 WEST BLUE HERON BL |
| **Municipality** | OUT OF COUNTY/UNKNOWN |
| **County** | PALM BEACH |
| **Special Study** | ECONOMIC - IDENTITY THEFT |
| **Family Violence** | NO |
| **Cargo Theft** | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  ASSIST-1  ASSIST OTHER AGENCY -  COMPLETED |
| **Location** | HIGHWAY/ROAD/ALLEY/STREET/SIDEWALK |
| **Suspected Of Using** | NOT APPLICABLE |
| **Bias** | NONE (NO BIAS) |

*APPROVED*
By amdavis at 4:45 pm, Aug 19, 2021

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

## Related Event(s)

1. CP  HS2021-392819

## Related Person(s)

1. VICTIM # 1 - ▇▇▇▇▇▇▇



GO# HS 2021-392819

**HILLSBOROUGH COUNTY SHERIFF**

REFERRED TO OTHER
AGENCY

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(ASSIST OTHER AGENCY)



## 2. SUBJECT # 1 - JORDAN, ROY W JR

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | UNKNOWN |
| **State** | FLORIDA |
| **Business** | (561) 471-5505 |
| **Email** | RJORDAN@RJORDANLAW.COM |

### PERSON PARTICULARS

| | |
|---|---|
| **Occupation** | LAWYER |
| **Employer** | ROY W. JORDAN, JR P.A   1615 FORUM PL STE 200 |

### LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | RESIDENT |
| **Age Range** | UNKNOWN |

## Related Business(es)

### 1. INVOLVED # 1 - ABF FREIGHT SYSTEM

| | |
|---|---|
| **Address** | 14045 S MILITARY TR |
| **Municipality** | OUT OF COUNTY/UNKNOWN |
| **State** | FLORIDA |
| **ZIP Code** | 33484 |
| **Phone Number** | (561) 499-4080 |
| **Type** | TRANSPORT COMPANIES |

### 2. AGENCY # 1 - RIVIERA BEACH POLICE DEPT

| | |
|---|---|
| **Address** | 600 W BLUE HERON BL |
| **Municipality** | OUT OF COUNTY/UNKNOWN |
| **State** | FLORIDA |
| **ZIP Code** | 33404 |
| **Phone Number** | (813) 845-4123 |

# HILLSBOROUGH COUNTY SHERIFF

**GENERAL OFFENSE HARDCOPY**

**CUSTOMER SERVICE**

**(ASSIST OTHER AGENCY)**

GO# HS 2021-392819

REFERRED TO OTHER

AGENCY

**Type**  LAW ENFORCEMENT AGENCYS (LOCAL - STATE - FEDERAL)

GO# HS 2021-392819

REFERRED TO OTHER
AGENCY

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

## Narrative Text

**Type** INVESTIGATION

**Author** 3167 - Vijil, ▮▮▮▮▮

**Related Date** Jun-14-2021  8:34

I was contacted by (victim) ▮▮▮▮▮▮▮▮, via the telephone, at the Hillsborough County Sheriff's Office substation at 3622 Erindale Dr. Valrico, FL 33596, in reference to identity theft.

On 05/06/19, at 1447 hours, unknown subject posing as the victim was involved in a traffic crash at SR 708 West Blue Heron Blvd. Riviera Beach, FL. 33404.

On 06/03/21, at 1810 hours, the victim discovered this incident when he received a summons/lawsuit recorded in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. The summons was served to the victim's wife, ▮▮▮▮ ▮▮ at their residence. The summons listed the victim, his current address, and ABF Freight System Inc. Per the victim, he has never driven a semi-truck, nor has he ever been employed by ABF Freight System.

On Friday, 06/04/21, at 1815 hours, the victim contacted the law office of Attorney Roy W. Jordan Jr. and provided his cell phone number.

On 06/05/21, at 0814 hours, the victim spoke with Mr. Jordan and made arrangements to contact him on 06/07/21.

On 06/07/21, at 0929 hours, the victim spoke with Attorney Roy Jordan, and informed him of the misinformation on the lawsuit. He advised that he has never been employed as a truck driver. The victim received a copy of the traffic crash report, Riviera Beach Police Department case 19-03636, 89070950. The victim's name, current address, and Florida driver's license number was written on the report. The vehicle involved is a 2013 Mack semi-truck, VIN 1M1AW01X7DM005077, unknown tag and green in color.

On 06/08/21, at 1405 hours, the victim contacted Penny ▮▮▮▮ at ▮▮▮▮▮▮▮, who is a legal council for ABF Freight System. The victim sent Ms. Campbell a copy of the police report and provided his personal information for her review.

On 06/09/21, at 1039 hours, the victim received an email from Jeanie ▮▮▮▮ with AFB Freight System informing the victim that Ronald Annis was the one involved in the traffic crash. It is unknown to them how the victim's information was reported on the crash form.

The victim advised that he has never lost his driver's license, that he is employed as an area manager with Orion and in the past has been in the Riviera Beach area. Per the victim, he has never been stopped by law enforcement in that area, nor received a citation. He does not know why his information was placed on the traffic crash report as the driver. At this point, Attorney Jordan is looking further into this matter. The victim contacted the Riviera Beach Police Department reporting the fraud and was advised by them to file an incident report.

I received from the victim an image of the summons/lawsuit filing number 127233013 e-filed 05/20/21 at 1557 hours and case number 502021CA006425XXXXMB Div: AK, an image of the short form traffic crash report completed by Officer D. Glorit #5610 and supplement report by Officer M. Elysee #6347, the victim's timeline, e-mails, an image of the victim's Florida driver's license.

I request that this report and any supporting documents be forwarded to the Economic Crimes Division for review, and to the Riviera Beach Police Department at 600 W Blue Heron Blvd, Riviera Beach, Florida

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

33404. The balance of this investigation in limited to the interview.

MRE Attachment form(s)

Timeline (3 pgs)

Summons/lawsuit (12 pgs)

Short form traffic crash report (8 pgs)

E-mail (7 pgs)

Image of victim's Florida driver's license (1 pg)

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2021-392819

REFERRED TO OTHER

AGENCY

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(ASSIST OTHER AGENCY)

## Narrative Text



On 06/07/21, I was contacted by (victim) ████████████ who related the following; on 06/03/21, his wife ████ was served a court summons on his behalf in reference to a traffic crash in Riviera Beach, Florida. The crash involved a semi-truck and listed him as the driver. He has never driven a semi-truck, nor has he ever been employed with ABF Freight System. He contacted the plaintiff's attorney, Roy Jordan. Mr. Jordan told him that he did not have to respond to the summons until he had time to look into this matter. He spoke to Jeanie ████ with ABF Freight, who confirmed in an e-mail, that he is not employed with their company, and the driver involved is Ronald Annis. He also contacted the Riviera Beach Police Department and they advised him he to file an identity theft report. He has been in the Riviera Beach area in the past on a work site. During that time, he was not stopped by law enforcement, nor given a citation. He has not lost his driver's license and He does not know how his information showed up on the police report. He has not spoken to the officer involved in this case. He could provide no further information.

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2021-392819

REFERRED TO OTHER
AGENCY

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(ASSIST OTHER AGENCY)

## Clearance Information

| | |
|---|---|
| **Agency** | OTHER AGENCY |
| **Cleared Status** | NOT APPLICABLE  - NOT APPLICABLE |
| **Cleared On** | JUN-14-2021  (MON.) |
| **Complainant/Victim Notified** | NO |

**HILLSBOROUGH COUNTY SHERIFF**

GO# HS 2021-392819

REFERRED TO OTHER

AGENCY

GENERAL OFFENSE HARDCOPY

CUSTOMER SERVICE

(ASSIST OTHER AGENCY)

## Related Property Report(s)

### REPORT INFORMATION

**Property Report #** 874790

**Case Status** STOLEN

**Submitted On** JUN-14-2021                    **By** VIJIL ██████

*RELATED EVENTS*

**Offense** GO  HS  2021 - 392819

**Related Items** 0

GO# HS 2021-392819

**HILLSBOROUGH COUNTY SHERIFF**

REFERRED TO OTHER AGENCY

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(ASSIST OTHER AGENCY)

## Related Attachment - Miscellaneous

**Description**  EMAILS/DOCUMENTS

**Reference Number**

6/11/2021  Scanned                          Zimbra                21-392819
Scanned
                                                      dvijil@hcso.tampa.fl.us

**Re: Documents**

**From :** ██████████████████           Mon, Jun 07, 2021 05:30 PM
**Subject :** Re: Documents
**To :** VIJIL, ██████@teamhcso.com>
██████████████

**CAUTION:** This email originated from an **External Source.** Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Mrs. Vijil,

I do not recall losing my driver's license in the past.
I have not contacted DMV to see if my license was reissued or mailed to another address.

Timeline of events to date:
On June 3rd at 6:10 PM a summons was delivered to my house at ██████████ and the summons was handed to my wife ████████

I was out of town on business and returned home Friday evening June 4th at approximately 5:30 PM. My wife showed me the summons and I called the Plaintiff's attorney Roy Jordan Jr at the phone number listed on the summons 561 471 5505 at approximately 6:15 pm. The secretary answered the call and gave me Mr. Jordan's cell phone number.

I spoke with Mr. Jordan at 8:14 am Saturday morning June 5th. I explained to Mr. Jordan that there must be some misinformation because I did not have any knowledge of the incident detailed in the report. I also explained that I am not a commercial truck driver and I have never worked for the trucking company listed on the report. Mr. Jordan was not in his office and asked if he could call me back on Monday when he had his files. I gave Mr. Jordan my cell number and agreed to talk again on Monday.

I spoke with Mr. Jordan today Monday June 7th at 9:29 am for 10 minutes. I again explained there must be a mistake and I requested a copy of the police report. Mr. Jordan emailed me a copy of the police report on June 7th at 9:37 am.

I tried to call the trucking company listed on the police report at 1:19 pm today June 7th to see if I could speak with someone in HR but never got a person on the phone, only automated communications.

I then called the Riviera Beach police department at 1:57 pm. I explained the situation to the officer and he directed me to go directly to the police department and file a fraud report.

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88608&tz=America/New_York                1/3

# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

6/11/2021                                    Zimbra

I drove home gathered my paperwork (paper copy of the summons and police report) and drove the the police station in Ruskin. At approximately 3:10 pm I spoke with CSA Girard and explained the situation and Mrs. Girard called CSA Vijil at approximately 3:15 pm today June 7th. Mrs. Gerard instructed me to call Mrs. Vijil at 813 242 5501.

I called Mrs. Vijil at 3:25 pm June 7th and explained the situation. Mrs. Vijil asked me to take the paperwork and my drivers license back inside the police station to Mrs. Girard so Mrs. Girard could scan and email the documents to Mrs. Vijil.

I took the documents, my drivers license, email address and cell phone number and gave them to Mrs. Girard at 3:30 pm June 7th.

Mrs. Girard made copies of all the DL, summons and police report to be sent to Mrs. Vijil along with my phone number and email address.

I called Mrs. Vijil at 3:45 pm on June 7th to confirm that all documents had been given to Mrs. Girard. I requested that Mrs. Vijil email me the fraud case number when it was filed. Mrs. Vijil asked if she could call me tomorrow while at work and I said yes that will be okay.

This is my recollection of the times and calls made since this situation has been known. Please feel free to call me at ▌▌▌▌▌▌▌ if you need any additional information. For the record I am not a commercial truck driver, do not have a commercial license and I have never worked for ABF Freight Systems.

Thanks,
▌▌▌▌▌▌

On June 7, 2021 at 4:08 PM, "VIJIL, ▌▌▌▌▌▌@teamhcso.com> wrote:

Have you lost your driver's license in the past?

**From:** "VIJIL, ▌▌▌▌▌▌▌@teamhcso.com>
**To:** ▌▌▌▌▌▌▌
**Sent:** Monday, June 7, 2021 3:33:43 PM
**Subject:** Documents

Good afternoon ▌▌▌▌▌

Please provided a detailed timeline and include the dates. Have you checked with the DMV to see if another license was issued or mailed to another address?
▌▌▌

--

CSA Vijil #3167

▌▌▌@teamhcso.com

Hillsborough County Sheriff's Office

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88608&tz=America/New_York

2/3

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

6/11/2021                                    Zimbra

Bloomingdale Community Station                           21-392819

3622 Erindale Drive

Valrico, FL., 33596

(813) 242-5501  Office

(813) 769-8701  Fax



--

CSA Vijil #3167

████@teamhcso.com

Hillsborough County Sheriff's Office

Bloomingdale Community Station

3622 Erindale Drive

Valrico, FL., 33596

(813) 242-5501  Office

(813) 769-8701  Fax

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88608&tz=America/New_York

3/3

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

**** CASE NUMBER: 502021CA006425XXXXMB Div 4X ****

Filing # 127233013 E-Filed 05/20/2021 03:57:11 PM

561 348-998819

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

DONNA HILL-GELIN
and JORDAN JOHNSON by and
through his mother and natural guardian
ARLENE PHILMORE
    *Plaintiffs*

v.                                              CASE NO:

ABE FREIGHT SYSTEM, INC. and
⬛⬛⬛⬛

THE STATE OF FLORIDA:
To Each Sheriff of the State:

        YOU ARE COMMANDED to serve this summons and a copy of the Complaint, Interrogatories
to Defendant and Request for Production to Defendant ⬛⬛⬛⬛⬛ by serving the Defendant
at:

92 ⬛ ⬛ Lane
Apollo Beach, FL 33572

        Each defendant is required to serve written defenses to the complaint or petition on Roy W.
Jordan, Jr, Roy W. Jordan, Jr, P.A, Plaintiff's attorney, whose address is 1615 Forum Place, Ste 200
West Palm Beach, FL 33401 rjordan@rjordanlaw.com vanessa@rjordanlaw.com within 20 days after
service of this summons on that defendant, exclusive of the day of service, and to file the original of the
defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief
demanded in the complaint or petition.

Dated on May, 24 2021

                                        Joseph Abruzzo
                                        As Clerk of the Court
                                        By   *Janis Sustache*
                                             As Deputy Clerk
                                        Janis Sustache

Plaintiff's Attorney
ROY W. JORDAN, JR., P.A.
Florida Bar No.: 162872
1615 Forum Place, Ste 2 ⬛
West Palm Beach, FL 33401
(561)471-5626 (561) ⬛⬛⬛
rjordan@rjordanlaw.com
vanessa@rjordanlaw.com Second ⬛ ⬛ ⬛

FILED: PALM BEACH ⬛⬛⬛⬛⬛⬛⬛⬛⬛ BUZZO, CLERK 05/20/2021 03:57:11 PM

# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANCE

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

21-392819

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

DONNA HILL-GELIN
and JORDAN JOHNSON by and
through his mother and natural guardian
ARLENE PHILMORE
    *Plaintiffs*

CASE NO:

v.

ABF FREIGHT SYSTEM INC. and
█████████████████████

## COMPLAINT

Plaintiffs, DONNA HILL-GELIN and JORDAN JOHNSON by and through his mother and

natural guardian, ARLENE PHILMORE, sue Defendants, ABF FREIGHT SYSTEM INC. and

█████████████ and allege:

    1.    This is an action for damages that exceeds $50,000.00.

    2.    At all times material hereto, Plaintiff, DONNA HILL-GELIN was a resident of Riviera

Beach, Palm Beach County, Florida.

    3.    At all times material hereto, Plaintiff, DONNA HILL-GELIN was a resident of Riviera

Beach, Palm Beach County, Florida.

    4.    At all times material hereto, JORDAN JOHNSON, and his mother and natural

guardian, ARLENE PHILMORE were residents of Mangonia Park, Florida.

    5.    At all times material hereto, Defendant, ABF FREIGHT SYSTEM INC. was a

Foreign Corporation registered in Florida and doing freight and transportation business in Palm Beach

County, Florida.

    6.    At all times material hereto, Defendant, ████████████ was a resident of Apollo

Beach, Florida and employed by ABF FREIGHT SYSTEM INC. to drive its trucks.

## COUNT I

    7.    Plaintiff, DONNA HILL-GELIN, realleges Paragraphs one (1) through six (6) as if

fully set forth herein.

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

8.  On or about May 6, 2019, Defendant, ABF FREIGHT SYSTEM INC. owned a truck operated by Defendant, ███████████, on Australian Avenue near its intersection with Blue Heron Blvd in Riviera Beach, Florida.

9.  At that time and place, Defendants negligently operated or maintained this truck so that it collided with the motor vehicle of Plaintiff, DONNA HILL-GELIN.

10.  As a result, Plaintiff, DONNA HILL-GELIN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and she has lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff, DONNA HILL-GELIN, demands judgment against Defendants, ABF FREIGHT SYSTEM INC. and ███████████ jointly and severally for damages in excess of $30,000.00 A TRIAL BY JURY IS HEREBY DEMANDED ON ALL ISSUES SO TRIABLE.

### COUNT II

11.  Plaintiff, JORDAN JOHNSON re-alleges paragraphs one (1) through six (6) and eight (8) and nine (9) as if fully set forth herein.

12.  That at all times material to this cause of action, Plaintiff, JORDAN JOHNSON, was a passenger in the motor vehicle of Plaintiff, DONNA HILL-GELIN.

13.  As a result, Plaintiff, JORDAN JOHNSON, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, JORDAN JOHNSON, will suffer the losses in the future.

WHEREFORE, Plaintiff, JORDAN JOHNSON, demands judgement against the Defendants, ABF FREIGHT SYSTEM INC. and MARSHALL ██ jointly and severally for damages in excess of

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### CUSTOMER SERVICE

### (ASSIST OTHER AGENCY)

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

21-392819

$30,000.00  A TRIAL BY JURY IS HEREBY DEMANDED ON ALL ISSUES SO

TRIABLE.

Dated this 30th day of May, 2021

ROY W. JORDAN, JR., P.A.
1675 Palm Beach Lakes Blvd Ste 700
West Palm Beach, FL 33401
(561) 471-5505 : (561) 478-1498

By:   /s/ Roy W. Jordan, Jr.
        Roy W. Jordan, Jr.
        Florida Bar No: 192872
        Attorney for Plaintiffs

# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819

REFERRED TO OTHER

AGENCY

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM BEACH
COUNTY, FLORIDA

DONNA HILL-GELIN                                    CASE NO:
and JORDAN JOHNSON by and
through his mother and natural guardian
ARLENE PHILMORE
    *Plaintiffs*

v.

ABF FREIGHT SYSTEM, INC, and

_____/

NOTICE OF SERVICE INTERROGATORIES TO DEFENDANT ████████

Plaintiffs, DONNA HILL-GELIN and JORDAN JOHNSON by and

through his mother and natural guardian ARLENE PHILMORE, submit1 these interrogatories to

Defendant, ████████ to be answered under oath within 45 days of service of the Summons

and Complaint herein as provided by Fla. R.C.P.

Dated May 26, 202

ROY W. JORDAN, JR., P.A.
1615 Forum Place Ste 200
West Palm Beach FL 33401
(561) 471-5505; (561) 478-1498 fax

BY__s Roy W. Jordan, Jr.
Roy W. Jordan, Jr.
Fla. Bar No.: 92872
jlcvquerried@anlaw.com
Attorney for Plaintiffs

**HILLSBOROUGH COUNTY SHERIFF**

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
**(ASSIST OTHER AGENCY)**

21-392819

INTERROGATORIES TO DEFENDANT █████████

(If answering for another person or entity, answer with respect to that person or entity, unless otherwise stated. Each defendant must answer these questions separately)

1. What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2. List all former names and when you were known by those names. State all addresses where you have lived for the past 10 years, the dates you lived at each address, your Social Security number, and your date of birth.

3. Have you ever been convicted of a crime, other than any juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of 1 year, or that involved dishonesty or a false statement regardless of the punishment? If so, state as to each conviction the specific crime and the date and place of conviction.

4. Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

5. Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

6. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

7. State the facts upon which you rely for each affirmative defense in your answer.

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

8. Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

9. Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the complaint? If so, what was the nature of the charge; what plea or answer, if any, did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding the charge; and, if so, what is the name and address of the person or entity who prepared the report; do you have a copy of the report; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner; and, if so, what is the name and address of the person who recorded the testimony?

10. List the names and addresses of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge

11. Have you learned or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place, and substance of each statement

12. State the name and address of every person known to you, your agents, or your attorneys who has knowledge about, or possession, or body, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each what item each person has, the name and address of the person who took or prepared it, and the date it was taken or prepared

13. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness their name, address, and the subject matter on which the witness's qualifications as an expert, the subject matter on each he or she is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### CUSTOMER SERVICE

### (ASSIST OTHER AGENCY)



21-392819

14.   Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

15.   Please state if you have ever been a party, either plaintiff or defendant, in a lawsuit other than the present matter, and, if so, state whether you were plaintiff or defendant, the nature of the action, and the date and court in which such suit was filed.

16.   Do you (or did you) wear glasses, contact lenses, or hearing aids? If so, who prescribed them, when were they prescribed, when were your eyes or ears last examined, and what is the name and address of the examiner?

17    Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability, or sickness?

18.   Did you consume any alcoholic beverages or take any drugs or medications within 12 hours before the time of the incident described in the in the complaint? If so, state the type and amount of alcoholic beverages, drugs or medication which were consumed, and when and where they were consumed.

19.   Did any mechanical defect in the motor vehicle in which you were operating at the time of the incident described in the complaint contribute to the incident? If so, describe the nature of the defect and how it contributed to the incident.

20.   List the name and address of all persons, corporations or entities who were lessors, lessees, registered title owner of, who had ownership interest in, or right to control, the motor vehicle that the you were driving at the time of the incident described in the complaint, and describe had, the nature of the interest or right to control the vehicle, and the vehicle itself, including the make, model, year and vehicle identification number.

**HILLSBOROUGH COUNTY SHERIFF**

**GENERAL OFFENSE HARDCOPY**
**CUSTOMER SERVICE**
**(ASSIST OTHER AGENCY)**

21-392819

21.   At the time of the incident described in the complaint, did the driver of the vehicle described in your answer to the preceding interrogatory have permission to drive the vehicle? If so, state the names and addresses of all persons who have permission.

22.   At the time of the incident described in the complaint, were you engaged in any mission or activity for any other person or entity, including any employer? If so, state the name and address of that person or entity and the nature of the mission or activity

23.   Was the motor vehicle that the defendant's driver was driving at the time of the incident described in the complaint damaged in the incident and if so, what was the cost to repair the damage?

MARK   LEE

STATE OF _____ )
                             ) SS.:
COUNTY OF _____ )

The foregoing was acknowledged before me this_____day of _____
20___ by _____ who is personally known to me (or has produced _____ as identification) and who did/did not take an oath.

NOTARY PUBLIC, STATE OF FLORIDA

My commission expires:

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO:

DONNA HILL-GELIN
and through JORDAN JOHNSON by and
through his mother and natural guardian
ARLENE PHILMORE
    *Plaintiffs*

v.

ABF FREIGHT SYSTEM, INC., and
████████████████

_____/

REQUEST TO PRODUCE TO DEFENDANT ██████████

Plaintiff, DONNA HILL-GELIN and JORDAN JOHNSON by and

through his mother and natural guardian ARLENE PHILMORE, submit this request to produce

to Defendant, ██████████ to be answered under oath within 45 days of service of the

Summons and Complaint herein as provided by the R.C.P.

1. Copies of all liability policies, including excess and umbrella policies, which might provide coverage for this incident.

2. Copies of all work orders, driver's logs, diaries and itineraries pertaining to the truck when it was subject of the Complaint for a period of (1) one month prior to the accident.

3. Copies of any and all licenses (private and commercial) you possess to operate a motor vehicle on public roads and highways for the five year period prior to the accident described in the Complaint.

4. Copies of all commercial vehicle safety training material, manuals, visuals, tests or safety requirements provided to you or taken by you as part of your employment.

5. Copies of all written procedures, practices and manuals pertaining to the inspection and examination of the commercial vehicle you were operating at the time of the accident referred to in the Complaint.

6. Copies of all photographs of the accident or its location.

7. Copies of all photographs of the motor vehicle operated by the you in this accident.

8. Copies of any and all warnings, notices or other communications that were provided to the you and/or other defendant by any party to this lawsuit or by a third party pertaining to you as to the operation of defective vehicles, or vehicles not in compliance with federal and state law, in the period of time prior to the accident.

9. Copies of any and all correspondence, reports, documents, complaints, or other material from the Federal Department of Transportation or the DOT Motor Carrier Compliance Safety Administration, on which the Plaintiff bases cause of action.

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

10. Copies of all photographs, videos or sketches taken/created of the subject commercial vehicle and/or the accident scene.

11. Copies of any written statements made at or near the time of the subject accident regarding said accident, including but not limited to witness statements, supervisor reports, incident, and/or estimate report.

12. Copies of all work assignments and/or schedules for the date of the subject accident.

13. Copies of all documents provided to you by ABF FREIGHT SYSTEM INC. and/or any related entities and/or any of their agents that describe the subject incident in any manner.

14. Copies of all documents, if any, involving complaints, warnings, reprimands or concerns regarding vehicle and/or issues regarding the vehicle or procedures in operation of a truck for delivery in operation that you may be of.

15. Copies of any background checks/screening performed upon you within 6 months before and/or after the incident.

**SERVED WITH SUMMONS AND COMPLAINT.**

Dated May 24, 2021.

ROY W. JORDAN JR., P.A.
1013 Forum Place Ste 200
West Palm Beach FL 33401
(561) 478-5595; (561) 478-1498 fax

s/ Roy W. Jordan, Jr.
Roy W. Jordan, Jr.
FL Bar No. 192872
jordan@rwjordanlaw.com
Attorney for Plaintiffs

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### CUSTOMER SERVICE

### (ASSIST OTHER AGENCY)

21-392819

**FLORIDA TRAFFIC CRASH REPORT**

LONG FORM ☐   SHORT FORM ☒   UPDATE ☐

MAIL TO: DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING
TALLAHASSEE, FL 32399-0537

TOTAL # OF VEHICLE SECTION(S)  **2**
TOTAL # OF PERSON SECTION(S)  **2**
TOTAL # OF NARRATIVE SECTION(S)  **1**

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

AUSTRALIAN AVENUE

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
(ASSIST OTHER AGENCY)

21-392819



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

21-392819

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819



# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819

**NARRATIVE**

V-1 WAS STOPPED ON AUSTRALIAN AVENUE FACING NORTH IN THE OUTSIDE LANE. V-2 WAS STOPPED ON AUSTRALIAN AVENUE IN THE OUTSIDE LANE BEHIND V-1. V-1 STARTED BACKING SOUTH STRIKING V-2S FRONT END WITH V-1S REAR END. THERE ARE NO REPORTED INJURIES.

** END **

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

GO# HS 2021-392819

REFERRED TO OTHER
AGENCY

21-392819

**FLORIDA TRAFFIC CRASH REPORT**

LONG FORM ☐   SHORT FORM ☒   UPDATE ☒

MAIL TO: DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING
TALLAHASSEE, FL 32399-0537

TOTAL # OF VEHICLE SECTION(S)   0
TOTAL # OF PERSON SECTION(S)   0
TOTAL # OF NARRATIVE SECTION(S)   1

# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819

REFERRED TO OTHER
AGENCY

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

21-392819



**NARRATIVE**

On 6/18/2019, I responded to 1128 West 28th Street apt. B1 and met with Donna Hill. Hill advised that a passenger from her vehicle that was involved in the crash as orinally reported, was not included in the original report. The passenger was Hill's grandson, Jordan Johnson (09/18/2009) and he was sitting in the front passenger seat.

**END**

# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819

REFERRED TO OTHER
AGENCY

## GENERAL OFFENSE HARDCOPY

### CUSTOMER SERVICE

### (ASSIST OTHER AGENCY)

6/11/2021                                    Zimbra

**Zimbra**                                    ████@hcso.tampa.fl.us

## Fwd: Message from D4-ADMK

**From :** GIRARD, ████ @teamhcso.com>          Mon, Jun 07, 2021 03:50 PM

**Subject :** Fwd: Message from D4-ADMK                   📎 1 attachment

**To :** ████ VIJIL ████ @teamhcso.com>

Hi ████ .

Here are the copies from ████ His telephone number is ████ and his email is: ████

His DL. address is his current address.

Thank you.

**From:** "D4-ADMK" ████ @hcso.tampa.fl.us>
**To:** ████ @hcso.tampa.fl.us
**Sent:** Monday, June 7, 2021 4:40:50 PM
**Subject:** Message from D4-ADMK
--
**C.S.A.** ████ **Girard**
**Hillsborough County Sheriff"s Office**
**District IV**
**(813)247-0443**

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged under
F.S.S. 119.071. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you
must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited by law. If you have received this
transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or
saving in any manner.

📄 **SD4-ADMK21060715400.pdf**
2 MB

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88599&tz=America/New_York

1/1

GO# HS 2021-392819

# HILLSBOROUGH COUNTY SHERIFF

## GENERAL OFFENSE HARDCOPY

### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

REFERRED TO OTHER
AGENCY

---

6/11/2021                                                Zimbra

**Zimbra**                                      ████ hcso.tampa.fl.us

**RE: Documents**

**From :** ████████████████████        Tue, Jun 08, 2021 02:16 PM
**Subject :** RE: Documents
**To :** ████@teamhcso.com
**Cc :** ████@arcb.com

**CAUTION:** This email originated from an **External Source.** Please use proper judgment
and caution when opening attachments, clicking links, or responding to this email.

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88615&tz=America/New_York                    1/5

---

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

GO# HS 2021-392819
**REFERRED TO OTHER AGENCY**

6/11/2021                                                         Zimbra

Mrs. Vijil,
I forgot to include Mrs. Campbell's work phone number ▮▮▮▮▮▮▮▮.   21-392819

**Sent:** Tuesday, June 8, 2021 2:15 PM
**To:** ▮▮▮@teamhcso.com
**Cc:** ▮▮▮▮▮▮▮@arcb.com
**Subject:** FW: Documents

Mrs. Vijil,

To further update the communication timeline:

Today June 8th at 2:05 pm I spoke with Penny ▮▮▮▮▮ – legal council for ABF Freight Systems. I have sent Mrs. Campbell a copy of the police report, given her my name, birthdate and last 4 digits of social security number.

Mrs. Campbell requested a copy of the Summons. I do not have a digital copy of the document. Can you please forward a copy of the summons to Mrs. Campbell (email copied above)?

Thanks,

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, June 8, 2021 7:48 AM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** FWD: Documents

Begin forwarded message:

**From:** ▮▮▮▮▮▮▮▮▮▮
**Date:** 6/7/2021
**To:** "VIJIL, ▮▮▮▮▮▮@teamhcso.com>
**Cc:** ▮▮▮▮▮▮
**Subject:** Re: Documents

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88615&tz=America/New_York

2/5



# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

Zimbra                                                    Page 1 of 1

                                                    21-392819

**Zimbra**                                    ▮▮▮**@hcso.tampa.fl.us**

**Fwd: ABF20191574**

**From :** ▮▮▮▮▮▮▮▮▮

**Subject :** Fwd: ABF20191574            Fri, Jun 11, 2021 01:23 PM

**To :** ▮▮▮▮ Vijil ▮▮▮ @teamhcso.com>

---

**CAUTION:** This email originated from an **External Source.** Please use proper
judgment and caution when opening attachments, clicking links, or responding to
this email.

Mrs. Vigil,
Please see latest email chain below from The trucking company and attorney.
Please let me know when you have the fraud case number. I would like to have a
copy of the report for my files.
Thanks,
▮▮▮▮▮▮

Sent from my iPhone

Begin forwarded message:

**From:** ▮▮▮▮▮▮▮▮▮▮▮
**Date:** June 9, 2021 at 1:52:31 PM EDT
**To:** Roy Jordan <rjordan@rjordanlaw.com>
**Cc:** hjkesq1@netzero.com, Jeanie ▮▮▮▮▮▮▮ @arcb.com>
**Subject:** Re: ABF20191574

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88733&tz=America/New_York    6/14/2021

---

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

Zimbra                                                    Page 1 of 3

21-392819

**Zimbra**                                    ███@hcso.tampa.fl.us

**Fwd: ABF20191574**

| | | |
|---|---|---|
| **From** : | ████████████████ | |
| **Subject :** Fwd: ABF20191574 | | Fri, Jun 11, 2021 01:28 PM |
| **To** : | ██████@teamhcso.com> | |

**CAUTION:** This email originated from an **External Source.** Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Sent from my iPhone

Begin forwarded message:

**From:** ████████████████
**Date:** June 9, 2021 at 1:52:31 PM EDT
**To:** Roy Jordan <rjordan@rjordanlaw.com>
**Cc:** hjkesq1@netzero.com, Jeanie ████████@arcb.com>
**Subject: Re: ABF20191574**

Roy,
I wonder the same thing. I will be taking no further action unless directed to do so in writing in the future.

Thanks,
████████

Sent from my iPhone

On Jun 9, 2021, at 1:48 PM, Roy Jordan <rjordan@rjordanlaw.com> wrote:

Thanks for the email. This confirms that you do not have to file an answer while we verify the information provided by

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88736&tz=America/New_York        6/14/2021

# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

Zimbra

Page 2 of 3

21-392819

ABF to you regarding the driver of their truck. This confirms an indefinite extension until we notify you otherwise. It looks like you will not have to be involved in the case. I wonder how your name and DL no was provided to the police at the accident scene.

Roy W. Jordan, Jr
Roy W. Jordan, Jr. P.A.
1615 Forum Place Ste 200
West Palm Beach FL 33401
561-471-5505 P: 561-478-1498 F
rjordan@rjordanlaw.com

CONFIDENTIALITY NOTICE: This email message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e mail, destroy all copies of the original message, and do not disseminate it further. If you are the intended recipient but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, June 9, 2021 1:42 PM
**To:** Roy Jordan <rjordan@rjordanlaw.com>
**Cc:** Jeanie▮▮▮▮▮▮▮▮@arcb.com>
**Subject:** Fwd: ABF20191574

Mr. Jordan,
As discussed on the phone today at 1:34 pm I am not a truck driver, I do not have any knowledge of this incident and I have never worked for ABF. I have contact ABF and they have provided in writing below that I should be immediately dismissed from any action regarding this accident.

Please see correspondence below. I would appreciate a written response removing the summons you sent to me related to filing # 127233013.

Thanks,

▮▮▮▮▮▮▮▮▮

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88736&tz=America/New_York      6/14/2021



# HILLSBOROUGH COUNTY SHERIFF

### GENERAL OFFENSE HARDCOPY
#### CUSTOMER SERVICE
#### (ASSIST OTHER AGENCY)

GO# HS 2021-392819
REFERRED TO OTHER
AGENCY

Zimbra

Page 3 of 3

21-392819

Sent from my iPhone

Begin forwarded message:

**From:** Jeanie ██████████@arcb.com>
**Date:** June 9, 2021 at 10:39:44 AM EDT
**To:** ██████████
**Cc:** Misty ██████████ @arcb.com>, Jeanie ██████████@arcb.com>
**Subject: ABF20191574**



As we discussed, you have been served with a Summons and Complaint regarding an accident that occurred on 5/6/2019 in West Palm Beach, Florida.  You have also advised that ABF Freight System, Inc. is included as a defendant in the lawsuit.  ABF driver Ronald Annis was involved in the accident.  We do not know why the police report shows you as the driver of the ABF unit. We can verify that you were not involved in this accident and you are not an employee of ABF Freight System, Inc.  If indeed ABF is included in this lawsuit we will defend ABF and you should immediately be dismissed from any action regarding this accident.

If you need any additional information please let me know.

Jeanie ████ AIC
Manager, Liability Resolution Team  |  ArcBest®  |  phone/fax:
████████  |  arcb.com

<image001.png>

https://zmail.hcso.tampa.fl.us/zimbra/h/printmessage?id=88736&tz=America/New_York          6/14/2021

# HILLSBOROUGH COUNTY SHERIFF

GO# HS 2021-392819

REFERRED TO OTHER
AGENCY

## GENERAL OFFENSE HARDCOPY
### CUSTOMER SERVICE
### (ASSIST OTHER AGENCY)

Confidential                    21-392819



# HILLSBOROUGH COUNTY SHERIFF

**GENERAL OFFENSE HARDCOPY**

CUSTOMER SERVICE

(ASSIST OTHER AGENCY)

GO# HS 2021-392819

REFERRED TO OTHER

AGENCY

**\*\*\* END OF HARDCOPY \*\*\***