8/31/2021  White Pages - People Search & Find Phone Numbers - YP.com

 The Real Yellow Pages®   Q What are you looking for?   ⊙ Los Angeles, CA   Find   

## People Search

Personal identifying information available through the people search feature on YP.com is not provided by YP and is provided solely by an unaffiliated third party, Intelius, Inc. Your interaction with this page including information collected and provided on this page is subject to Terms of Use and Privacy Policy of Intelius.

**FULL DISCLAIMER**

« Search Again

| BY NAME | | BY ADDRESS | BY PHONE NUMBER |
|---|---|---|---|
| Ronald | Annis | City | FL ˅ |

Information provided by Intelius.com.
Showing Page 1 of all listings for **Ronald Annis** in FL

### Ronald P Annis
3419 Sw County Road 138, Fort White, FL 32038
(386) 454-1763
» Maps & Driving Directions

**VIEW FULL PROFILE**

**Find more information from Intelius**

**More information for Ronald P Annis**
» Email and Other Phone Lookup
» Get Detailed Background Information
» Get Public Records
» View Property & Area Information
» Social Network Profile

### Ronald O Annis
3576 N Old Dixie Hwy, Delray Beach, FL 33483
(727) 505-4846
» Maps & Driving Directions

**VIEW FULL PROFILE**

**More information for Ronald O Annis**
» Email and Other Phone Lookup
» Get Detailed Background Information
» Get Public Records
» View Property & Area Information
» Social Network Profile

### Ronald Joseph Annis
1516 Arizona Ave Ne, Saint Petersburg, FL 33703
(727) 642-7592
» Maps & Driving Directions

**VIEW FULL PROFILE**

**More information for Ronald Joseph Annis**
» Email and Other Phone Lookup
» Get Detailed Background Information
» Get Public Records
» View Property & Area Information
» Social Network Profile

### Ronald C Annis
4218 Bardot Rd, Port Charlotte, FL 33953
(941) 743-4921
» Maps & Driving Directions

**VIEW FULL PROFILE**

**More information for Ronald C Annis**
» Email and Other Phone Lookup
» Get Detailed Background Information
» Get Public Records
» View Property & Area Information
» Social Network Profile

### Ronald O Annis Iii
2589 Se 27th St, Okeechobee, FL 34974
(715) 836-7372
» Maps & Driving Directions

**More information for Ronald O Annis Iii**
» Email and Other Phone Lookup

**EXHIBIT 4**

» Maps & Driving Directions
» Get Detailed Background Information
» Get Public Records
» View Property & Area Information
» Social Network Profile

**VIEW FULL PROFILE**

Ronald William Annis
10133 Nw 24th Pl Apt 405, Sunrise, FL 33322
(954) 683-3939
» Maps & Driving Directions

**VIEW FULL PROFILE**

### More information for Ronald William Annis

» Email and Other Phone Lookup
» Get Detailed Background Information
» Get Public Records
» View Property & Area Information
» Social Network Profile

Ronald R Annis
1016 Ne 63rd Ct, Fort Lauderdale, FL 33334
(518) 461-0454
» Maps & Driving Directions

**VIEW FULL PROFILE**

### More information for Ronald R Annis

» Email and Other Phone Lookup
» Get Detailed Background Information
» Get Public Records
» View Property & Area Information
» Social Network Profile

Page 1

About

Site Directory

City Guides

YP Family

Connect With Us

Privacy Policy

Do Not Sell My Personal Information

Ad Choices

© 2021 Thryv, Inc. All rights reserved.
YP, the YP logo and all other YP marks contained herein are trademarks of YP LLC and/or YP affiliated companies.
All other marks contained herein are the property of their respective owners.

Florida Parcels   About   Search   Terms   Redaction

# 2589 SE 27TH ST
OKEECHOBEE, FL 34974

Okeechobee County   T 37S, R 35E, S 26



Shop Today

Data available   Property

## Property Details

This property is classified as Residential (Single Family.)

The lot is 13460 square feet, the land value of which is assessed at $15,500.00.

There is one building on the property. This property has 1 residential units.

It was built in 2002.

This property is valued at **$161,161.00**.

The legal description of this lot is "TAYLOR CREEK ISLES UNIT VI"



## Ownership Information

ANNIS RONALD O
2589 SE 27TH ST
OKEECHOBEE, FL 34974

Search for

PROPERTY OWNERSHIP RECORDS

SATELLITE LIVE VIEW

MARRIAGE RECORDS FOR FREE

SEARCH PROPERTY OWNER

PROPERTY TITLE SEARCH

Business Focus





cocofinder                                                                                                                Q

# Ronald Annis Phone Number, Address & More

View the 29 records in 14 states related to Ronald Annis. Press below for further details.

Filter by Age

| | |
|---|---|
| 31-60 | (5) |
| 61-80 | (13) |
| 80+ | (8) |

Filter by State

**All states**

| | |
|---|---|
| Florida | 6 |
| Wisconsin | 4 |
| Massachusetts | 3 |
| Indiana | 3 |
| Pennsylvania | 2 |

SHOW MORE ∨

### Ronald O Annis, age 49                                                                                  Check Details

Also known as
**Ron Annis   Ronald O Annis III**

Lives
**1272 Palm Ct, Okeechobee, FL   2589 SE 27th St, Okeechobee, FL**   AND 1 MORE

Previous Locations
**Okeechobee, FL   Junction City, KS   Joint Base Lewis Mcchord, WA**   AND 3 MORE

Relatives
**Alice Kristine Annis   Stephanie K Annis**   AND 1 MORE

Phone number
**931-249-4745   715-836-7372**   AND 3 MORE

Emails
**fra\*\*\*@hotmail.com   jimmy\*\*\*\*\*@yahoo.com**   Unlock Email Address





ronald annis...

# Ronald Orville Annis living in Okeechobee, FL

People Search / A / Annis / Ronald O Annis / Details

**Table of Contents >>**

**Current**

*Confirmed on August 30, 2021*



Ronald Orville Annis

Age 49

ji********1@yahoo.com

Married to ▮▮▮▮▮▮ (48)

(270) 439-6828 - *Home/LandLine Phone*

(253) 495-7600 - *Wireless*

2589 SE 27th St
Okeechobee, FL 34974-6418

View Full Background Report

- *Sponsored by TruthFinder.com*

2589 SE 27th St
2589 SE 27th St Okeechobee, FL

By continuing to use this site, you accept our use of cookies. Privacy and Terms.    Close