**Rosaminda Perez**

| | |
|---|---|
| **From:** | eservice@myflcourtaccess.com |
| **Sent:** | Friday, August 20, 2021 4:07 PM |
| **Subject:** | SERVICE OF COURT DOCUMENT CASE NUMBER 502021CA006425XXXXMB HILL-GELIN, DONNA - ABF FREIGHT SYSTEM INC |
| **Attachments:** | Amended Complaint.pdf; Request To Produce.pdf |

## Notice of Service of Court Documents

## Filing Information

| | |
|---|---|
| Filing #: | 133129623 |
| Filing Time: | 08/20/2021 04:06:54 PM ET |
| Filer: | Roy W Jordan Jr 561-471-5505 |
| Court: | Fifteenth Judicial Circuit in and for Palm Beach County, Florida |
| Case #: | 502021CA006425XXXXMB |
| Court Case #: | 50-2021-CA-006425-XXXX-MB |
| Case Style: | HILL-GELIN, DONNA - ABF FREIGHT SYSTEM INC |

## Documents

| Title | File |
|---|---|
| Amended Complaint | Am Complaint 8-20-21.pdf |
| Request To Produce | 2d RP to Defendant ABF FREIGHT 8-20-21.pdf |

## E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Edward R. Nicklaus | edwardn@nicklauslaw.com |
| | cristinam@nicklauslaw.com |
| | legal@nicklauslaw.com |
| Edward A. Nicklaus | eddyn@nicklauslaw.com |
| Rosaminda Perez | rosamindap@nicklauslaw.com |
| Roy W Jordan Jr | rjordan@rjordanlaw.com |

EXHIBIT 6

| Name | Email Address |
|---|---|
|  | vanessa@rjordanlaw.com |
| Howard J. Klein Esq | hjkesq1@netzero.net |

**E-service recipients not selected for service:**

| Name | Email Address |
|---|---|
| No Matching Entries | |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

Thank you,
The Florida Courts E-Filing Portal

  request_id#:133129623;Audit#:452670397;UCN#:502021CA006425XXXXMB;