**Rosaminda Perez**

| | |
|---|---|
| **From:** | Edward Nicklaus |
| **Sent:** | Thursday, August 19, 2021 5:11 PM |
| **To:** | Eddy Nicklaus |
| **Cc:** | Rosaminda Perez |
| **Subject:** | FW: Proposed Orders re: Donna Hill-Gelin, et al. v. ABF Freight System, Inc., et al.; Case No. 50-2021-CA-00645-XXXX-MB; Our File No. 755.056 |

Edward R. Nicklaus, Esq.
Nicklaus & Associates, P.A.
4651 Ponce De Leon Blvd., Suite 200
Coral Gables, Florida 33146
(305) 460-9888
(305) 460-9889 Facsimile
(305) 986-4879 cell
edwardn@nicklauslaw.com

**From:** Roy Jordan <rjordan@rjordanlaw.com>
**Sent:** Thursday, August 19, 2021 5:08 PM
**To:** Edward Nicklaus <edwardn@nicklauslaw.com>
**Subject:** RE: Proposed Orders re: Donna Hill-Gelin, et al. v. ABF Freight System, Inc., et al.; Case No. 50-2021-CA-00645-XXXX-MB; Our File No. 755.056

No objections to proposed orders

Roy W. Jordan, Jr
Roy W. Jordan, Jr. P.A,
1615 Forum Place Ste 200
West Palm Beach FL 33401
561-471-5505 P: 561-478-1498 F
rjordan@rjordanlaw.com

CONFIDENTIALITY NOTICE: This email message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e mail, destroy all copies of the original message, and do not disseminate it further.  If you are the intended recipient but do not wish to receive communications through this medium, please advise the sender immediately.

**From:** Edward Nicklaus <edwardn@nicklauslaw.com>
**Sent:** Thursday, August 19, 2021 12:40 PM
**To:** Roy Jordan <rjordan@rjordanlaw.com>



EXHIBIT 7

**Cc:** Edward Nicklaus <edwardn@nicklauslaw.com>; Eddy Nicklaus <eddyn@nicklauslaw.com>; Rosaminda Perez <rosamindap@nicklauslaw.com>; Vanessa Carcache <vanessa@rjordanlaw.com>
**Subject:** Proposed Orders re: Donna Hill-Gelin, et al. v. ABF Freight System, Inc., et al.; Case No. 50-2021-CA-00645-XXXX-MB; Our File No. 755.056

Dear Mr. Jordan,

Attached please find a proposed Order Granting Defendant, ABF Freight System, Inc.'s Motion to Dismiss Plaintiffs' Complaint based on the Court's ruling this morning. We assume you approve of the dismissal without prejudice even though it wasn't mentioned during the hearing. Also attached is a proposed Order Denying Plaintiffs' Motion to Approve Interrogatories to ABF Freight Served with the Complaint.

If you have any corrections to suggest, let us know right away. If you disagree with the proposed orders, we suggest you order the transcript.

Please let us hear from you before the end of business today as we intend on submitting these orders to the Court as soon as possible.

Very truly yours,
Edward R. Nicklaus, Esq.
Nicklaus & Associates, P.A.
4651 Ponce De Leon Blvd., Suite 200
Coral Gables, Florida 33146
(305) 460-9888
(305) 460-9889 Facsimile
(305) 986-4879 cell
edwardn@nicklauslaw.com

CONFIDENTIALITY NOTICE

This e-mail and any attachments contain information from the law firm of Nicklaus & Associates, and are intended solely for the use of the named recipients or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mails or attachments.

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Nicklaus & Associates, and are intended solely for the use of the named recipients or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not the named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mails or attachments.