**Rosaminda Perez**
___

| | |
|---|---|
| **From:** | Vanessa Carcache <vanessa@rjordanlaw.com> |
| **Sent:** | Tuesday, August 24, 2021 2:20 PM |
| **To:** | Eddy Nicklaus |
| **Cc:** | Edward Nicklaus; Rosaminda Perez; Roy Jordan |
| **Subject:** | RE: Deposition - Donna Hill-Gelin, et al. v. ABF Freight System, Inc., et al.; Case No. 50-2021-CA-00645-XXXX-MB; Our File No. 755.056 |
| **Attachments:** | Am Complaint 8-20-21.pdf |

Good afternoon,

Attached please find the Amended Complaint that was e-served to you on 8/20/21.

Thanks,

*Vanessa Carcache*
Legal Assistant to
Roy W. Jordan Jr., Esq.
Roy W. Jordan Jr., PA
1615 Forum Place Ste 200
West Palm Beach, FL  33401-2315
Telephone: (561) 471-5505
Fax: (561) 478-1498

CONFIDENTIALITY NOTICE: This email message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e mail, destroy all copies of the original message, and do not disseminate it further.  If you are the intended recipient but do not wish to receive communications through this medium, please advise the sender immediately.

___

**From:** Eddy Nicklaus
**Sent:** Tuesday, August 24, 2021 2:17 PM
**To:** Vanessa Carcache <vanessa@rjordanlaw.com>
**Cc:** Edward Nicklaus <edwardn@nicklauslaw.com>; Rosaminda Perez <rosamindap@nicklauslaw.com>; Roy Jordan <rjordan@rjordanlaw.com>
**Subject:** RE: Deposition - Donna Hill-Gelin, et al. v. ABF Freight System, Inc., et al.; Case No. 50-2021-CA-00645-XXXX-MB; Our File No. 755.056

Vanessa,

This case has been dismissed (without prejudice) in accordance with the signed attached order and ABF has not been served with the new complaint.

Best,

Eddy A. Nicklaus Esq.
Nicklaus & Associates P.A.
4651 Ponce De Leon Blvd., Suite 200
Coral Gables, Florida 33146
Office: (305) 460-9888



EXHIBIT 8