**Rosaminda Perez**

| | |
|---|---|
| **From:** | noreply@myflcourtaccess.com |
| **Sent:** | Tuesday, August 31, 2021 4:18 PM |
| **Subject:** | Filing # 133757757 filed by Roy W Jordan Jr, FBN 192872 is Not Filed – The filing is in the E-Filing Portal Correction Queue |

*Please note: this is a non-monitored email address; please do not reply to this message.*

Date: 08/31/2021 04:17:49 PM

Dear Florida Courts E-Filing Portal User:

Filing Reference Number 133757757 with the Palm Beach County, Florida Circuit Civil Division needs to be corrected before it can be filed.

| | |
|---|---|
| Filing Reference Number #: | 133757757 |
| Filer: | Roy W Jordan Jr, FBN 192872 |
| Status: | **Correction Queue** |
| Filing Date/Time: | 08/31/2021 01:07:19 PM |
| UCN: | 502021CA006425XXXXMB |
| Clerk Case #: | 50-2021-CA-006425-XXXX-MB |
| Case Style: | HILL-GELIN, DONNA - ABF FREIGHT SYSTEM INC |
| Matter #: | |

Please be advised that Filing Reference Number 133757757 needs to be corrected and has been moved to the Correction Queue in accordance with the Florida Supreme Court Standards for Electronic Access to the Courts, Section 3.1.13. Filer has five (5) business days to correct and resubmit this filing.

This action has been taken for the following reason: NOTICE OF REMOVAL TO FED COURT FILED 8/30/21 - CLERK CANNOT ACCEPT OR DOCKET PLEADINGS ON CASE.

If you have questions concerning clarification on the corrections needed, **please contact the Palm Beach County Clerk of Court, Circuit Civil Division.**

Follow us on Twitter @FLCourtsEFiling

Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal

View the Training Manualshttps://www.myflcourtaccess                    ity/trainingmanuals.html

EXHIBIT
**9**